## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 19, 2020

William Boyd Hollingsworth
William B. Hollingsworth, PC
PO BOX 2877
GAINESVILLE, GA 30503-2877

Appeal Number: 20-10730-CC
Case Style: USA v. Vertuies Wall
District Court Docket No: 1:16-cr-00145-TWT-JKL-7

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File appellant's brief. A Motion to File the Appellant's Brief out of time with the completed Appellant's Brief attached as an exhibit to the motion must be filed.

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, CC
Phone #: (404) 335-6179

Enclosure(s)

DIS-1 Deficiency